**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**KYREE SMITH**                                                                               **PLAINTIFF**

**V.**                                                    **CIVIL ACTION NO.:  4:20-cv-153-DMB-JMV**

**KROGER, INC. d/b/a KROGER, CO.**                                        **DEFENDANT**

---

**ORDER GRANTING SUBSTITUTION OF PARTY**

---

      This matter is before the Court on the parties' motions to substitute party [19].  The parties seek to substitute as Defendant in place of Kroger, INC. d/b/a Kroger, Co., Kroger Limited Partnership I.  Having considered the motion and the fact that the parties are in agreement, the court finds that it is well taken and should be granted.  The clerk is hereby notified of the substitution and is directed to update the docket to reflect the same.

      **SO ORDERED**, this the 3rd day of February, 2021.

                                                    /s/ Jane M. Virden
                                                  **UNITED STATES MAGISTRATE JUDGE**